# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
FEB 22 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Matthew Patton
_____
_____

(Full name of the Plaintiff(s) in this action)

v.

Donald Miller
David Heacock
_____
_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:23CV83 RGJ
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Matthew Patton

Place of Confinement: LMDC

Address: 400 South 6th St Louisville KY 40202

Status of Plaintiff: CONVICTED (  )  PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Donald Miller__ is employed as __Disciplinary officer__ at __LMDC__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant __David Heacock__ is employed as __Chief of Staff__ at __LMDC__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.    PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1. NATURE OF THE CASE

I was treated fundamentally unfair at my disciplinary hearing on 11-10-22 by disciplinary officer Donald Miller who deliberately disregarded multiple disciplinary procedures to obtain his finding of guilt. These procedural violations have violated my substantive rights to due process under the Fourteenth Amendment causing me to suffer significant hardship in the form of Disciplinary segregation for no less than 30 days. The procedures Donald Miller were as follows,...

1. Donald Miller refused to interview my listed witnesses,

2. Donald Miller refused to audio record my hearing,

4

### III. STATEMENT OF CLAIM(S) continued

3. Donald Miller failed to provide me with a 24 hour notice prior to my hearing.

4. David Heacock further violated my 14th Amendment right to due process by failing to respond to my appeal within the 15 days permitted under policy.

5. I have exhausted my administrative resources by filing an appeal to Chief of staff David Heacock which remains unanswered.

6. I now bring this suit to hold the defendants accountable.

7. Donald Miller refused to allow me to make a full statement on my behalf.

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 5,000

✓ grant injunctive relief by reversing the write-up

___ award punitive damages in the amount of $ _____

___ other: _____

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 2 day of February, 2023

Matthew Patton
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

Matthew Patton/Kai #579653
LMDC
400 S. 6th St.
Louisville, KY. 40202

FILED
JAMES J. VILT, JR. - CLERK
FEB 2 2 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

U.S. District Court
Clerk's Office
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, KY. 40202